UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY WILLIAMS, #507451,

        Petitioner,                                Case No. 12-cv-14285

v.                                                    Honorable Thomas L. Ludington

CATHERINE S. BAUMAN,

        Respondent.

_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

Petitioner Anthony Williams, a state prisoner, filed a petition for habeas corpus under 28 U.S.C. § 2254 on September 26, 2012. On December 22, 2014, this Court issued an Opinion & Order granting Respondent's motion for summary judgment, denying the petition, and denying a certificate of appealability. ECF No. 14. On January 20, 2015, Petitioner filed a motion for reconsideration. ECF No. 16.

A motion for reconsideration will be granted if the moving party shows: "(1) a palpable defect, (2) the defect misled the court and the parties, and (3) that correct the defect will result in a different disposition of the case." *Michigan Dept. of Treasury v. Michalec*, 181 F. Supp. 2d 731, 733-34 (E.D. Mich. 2002) (quoting E.D. Mich. LR 7.1(g)(3)). A "palpable defect" is "obvious, clear, unmistakable, manifest, or plain." *Id.* at 734 (citing *Marketing Displays, Inc. v. Traffix Devices, Inc.*, 971 F. Supp. 2d 262, 278 (E.D. Mich. 1997).

Williams' petition was denied because he did not comply with the one-year statute of limitations under 28 U.S.C. §2244(d). Williams' motion for reconsideration does not address the

timeliness of his petition. Instead, it raises further arguments regarding the merits of his substantive claims. It is non-responsive to the grounds for dismissal and will be denied.

Accordingly, it is **ORDERED** that Petitioner Williams' Motion for Reconsideration, ECF No. 16, is **DENIED**.


Dated: August 24, 2015           s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 24, 2015.

s/Karri Sandusky
Karri Sandusky, Acting Case Manager